IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOMINIQIC ISAIAH CURRY,      )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:23cv650-MHT
                             )            (WO)
JOHN Q. HAMM, et al.,        )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 10) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and to comply with an order of the court.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of August, 2024.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**